PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Mark Anthony Cavello      Docket No. 5:24-CR-121-M-2

### Petition for Action on Conditions of Pretrial Release

COMES NOW Peter J. Yalango, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Mark Anthony Cavello, who was placed under pretrial release supervision by the Honorable Jeffrey L. Cureton, United States Magistrate Judge for the Northern District of Texas, on March 19, 2024. An initial appearance was held before the Honorable Robert T. Numbers, II, on April 2, 2024, and the conditions of release were adopted by the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is supervised by U.S. Probation Officer Wayne Webb with the Northern District of Texas. U.S. Probation Officer Webb reports that the defendant has been in full compliance with the conditions of release and home detention to date. U.S. Probation Officer Webb is requesting that the defendant's location restriction be changed to Curfew due to his compliance. The U.S. Attorney's Office objects to this request due to the significant and extremely lengthy prison sentence the defendant is facing.

**PRAYING THAT THE COURT WILL ORDER** that the following condition of release be removed:

- Participate in one of the following location restriction programs comply with its requirements as directed: Home Detention.

**PRAYING THAT THE COURT WILL ORDER** that the following condition of release be added:

- Participate in one of the following location restriction programs comply with its requirements as directed: Curfew.

                                                 I declare under penalty of perjury that the foregoing is true and correct.

                                                 /s/ Peter J. Yalango
                                                 Peter J. Yalango
                                                 U.S. Probation Officer
                                                 310 New Bern Avenue, Room 610
                                                 Raleigh, NC 27601-1441
                                                 Phone: 910-354-2546
                                                 Executed On: February 4, 2025

Mark Anthony Cavello
Docket No. 5:24-CR-121-M-2
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered the 5th day of FEBRUARY, 2025, and ordered filed and made part of the records in the above case.

*Richard E. Myers II*

Richard E. Myers II
Chief U.S. District Judge